```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 03463
   DON E WALKER
   CHERYL A WALKER                             CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4239     SSN XXX-XX-2455
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/28/07 and confirmed on 07/17/07.

2. The case was dismissed after confirmation, 06/27/2008.

3. The Debtor paid a total of $  8150.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GREATER CHICAGO FINANCE | SECURED VEHIC | 2742.84 | 163.23 | 755.94 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 11947.00 | 724.99 | 3082.58 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 2889.49 | .00 | 73.19 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1275.51 | .00 | 32.31 |
| MEDICAL PAYMENT DATA | UNSECURED | 465.00 | .00 | 11.78 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 3842.12 | .00 | 97.33 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1298.61 | .00 | 32.90 |
| COLLECTION CONSULTANTS D | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CONSULTANTS D | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| COLLECTION CONSULTANTS D | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CONSULTANTS D | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CONSULTANTS D | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |

```
VILLAGE OF WOODRIDGE        UNSECURED      NOT FILED              .00           .00
TRIAD FINANCIAL CORP        UNSECURED         457.66              .00         11.59
B REAL LLC                  UNSECURED         540.14              .00         13.68
     Summary of disbursements:
------------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   14689.84        .00    10768.53          .00       25458.37
PRINCIPAL PAID        3838.52        .00      272.78          .00        4111.30
INTEREST PAID          888.22        .00          .00         .00         888.22
TOTAL PAID            4726.74        .00      272.78          .00        4999.52
```

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3000.00
and was paid $    226.00   direct and $    2774.00   through the plan.

The Trustee received $    376.48 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 09/10/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE